Filed 7/23/24  P. v. Martinez CA6

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>IVAN MARTINEZ,<br><br>    Defendant and Appellant. | H051815<br>(Monterey County<br>Super. Ct. No. 22CR010332) |

Ivan Martinez appeals from a final judgment of conviction.  Pursuant to a negotiated disposition, Martinez pleaded no contest to one count of violating Penal Code, section 29820, subdivision (b)[1], for unlawful felony possession of a firearm by a person adjudged a ward of the juvenile court for an offense listed in Welfare and Institutions Code section 707, subdivision (b), and stipulated to a prior strike adjudication pursuant to section 1170.12.  He was sentenced to 32 months in prison.

We appointed counsel to represent Martinez in this court.  His appointed counsel filed an opening brief that states the case and the facts but raises no issues.  Counsel asks this court to conduct an independent review of the record to determine whether there are any arguable issues.  (See *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  This court notified Martinez of his right to submit written argument on his own behalf, but he did not do so.  Finding no arguable error that would result in a disposition more favorable to Martinez, we affirm the judgment.

---

[1] Unspecified statutory references are to the Penal Code.

# I. FACTUAL AND PROCEDURAL BACKGROUND

At approximately 10:28 p.m. on November 16, 2022, Martinez was a passenger in the back seat of a stolen car stopped by police in Salinas following a pursuit. After the car stopped momentarily, Martinez got out and ran. Police soon found Martinez close to a local residence, as well as a loaded firearm nearby, which police determined had been used to steal the car earlier that evening.

On November 18, 2022, the Monterey County District Attorney filed a complaint against Martinez, along with codefendants, charging him with unlawful felony possession of a firearm by a person who had been adjudged a ward of the juvenile court for an offense listed in Welfare and Institutions Code section 707, subdivision (b) (count 9), with a prior strike adjudication under section 1170.12, subdivision (c)(1), and misdemeanor resisting arrest (count 10).

On August 4, 2023, Martinez entered a negotiated plea agreement for a "low-term top" of 32 months prison in exchange for his plea of no contest to count 9 and admission of the strike prior. Prior to sentencing, Martinez filed a motion pursuant to *People v. Superior Court (Romero)* (1996) 13 Cal.4th 497, requesting the court use its discretion pursuant to Penal Code Section 1385 to dismiss the strike prior. On January 3, 2024, the trial court denied the *Romero* motion and sentenced Martinez to 32 months in prison.

## II. DISCUSSION

We have reviewed the record under *Wende, supra*, 25 Cal.3d 436. Concluding there is no arguable issue on appeal that would result in a disposition more favorable to Martinez, we affirm the judgment.

## III. DISPOSITION

The judgment is affirmed.

_____
                                  Wilson, J.

WE CONCUR:

_____
                       Greenwood, P. J.

_____
                 Bamattre-Manoukian, J.

People v. Martinez
H051815